AO 322
(Rev. 9/79)

# INTERPRETER'S REPORT OF SERVICE AND CLAIM M FOR COMPENSATION AND EXPENSES

TO: Clerk of Court for the Southern District of Georgia          DATE   Dec. 12, 2007

I request payment be made for interpreter services performed before:    PAYEE'S NAME, ADDRESS, TAX ID#

Anthony A. Alaimo, Judge                                         Diana Gafford

(Name and Title of Presiding Judicial Officer)                   D.G. Consulting, Inc.

                                                                 201 Rivera Drive
In the case of:                                                  St. Simons Island, GA 31522

United States of America vs.   JESUS BONILLA GUTIERREZ           Tax ID: 58-2597618

CR   207-57-2                                                    Telephone: 912-638-8304 work

                                                                 770-639-4850 cell
(Civil/Criminal Case Number)

Itemization of Services and Costs:

| Date(s) | Hours | Number of Days | Hour | Cost Per Day | Total Compensation | Other Costs (Including Travel) | Total Cost |
|---------|-------|----------------|------|--------------|--------------------|--------------------------------|-----------|
| 12/12/07 |      | ½              |      |              |                    |                                | $94.00    |

                                                    TOTAL AMOUNT CERTIFIED FOR    $94.00

The following information is provided in support of the above services:

| Type of Interpretation Provided: | Interpreter is: | Nature of Proceedings: | |
|---|---|---|---|
| x  Simultaneous | Certified | Initial Appearance | Pretrial Services Officer Interview |
| Consecutive | x  Non-Certified | Preliminary Hearing | Probation Officer Interview |
| Summary | | Arraignment | Sentencing |
| | | Trial | x  Other |
| Foreign Language(s) | Check if: | Person Furnished Service | |
| Spanish | Hearing/Speech Impaired | Defendant | |

CERTIFICATION: I certify under penalty of perjury that the foregoing is true and correct. Executed on:   12/12/2007

                                                                                        (Date)

                                                                *Diana J Gafford*
                                                                (Signature of Interpreter)

APPROVED FOR PAYMENT THIS DAY                        December 12, 2007
                                                                 (Date)

                                                        *[signature]*
                                                    ANTHONY A. ALAIMO, JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.:   CR207-57 |
| ) | |
| JESUS BONILLA GUTIERREZ  ) | |

ORDER

The Court having determined, pursuant to Title 28 United States Code §1827, that an interpreter is required and should be designated in this case:

**IT IS ORDERED** that **Diana Gafford**, a non-certified interpreter or otherwise competent interpreter, is designated to serve as interpreter in this case. Compensation shall be paid by the government at the rate of $175.00 per day, with a minimum of one half day's compensation of $94.00 to be paid for each appearance. Any claim for overtime shall be paid at the rate of $29.00 per hour. Claim for compensation shall be made on Form A.O. 322, furnished by the Clerk of Court.

**SO ORDERED** this 11th day of October, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE